UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

BEATRICE LORS-ROUSSEAU,

                Plaintiff,

      -v-

THE NEW YORK WOMEN'S FOUNDATION, ANA
OLIVEIRA, DEBRA MILLER, and CAMILLE
EMEAGWALI,

                Defendants.

------------------------------------------------------------------X

21-cv-9181 (LJL)

ORDER

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 06/16/2023 |

LEWIS J. LIMAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this

case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within thirty (30) days of this Order.  Any application to reopen filed

after thirty (30) days from the date of this Order may be denied solely on that basis.  Any pending

motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

      SO ORDERED.

Dated: June 16, 2023
      New York, New York

                                    LEWIS J. LIMAN
                             United States District Judge